IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | CASE NO. 5:15 CR 230 |
| ) | |
| v. ) | JUDGE  JUDGE GWIN |
| ) | |
| JAMES D. THOMPSON, ) | |
| ) | Title 18, United States Code, Sections |
| Defendant. ) | 1591(a)(1) and (b)(2) |
| ) | |

The Grand Jury charges:

From on or about April 3, 2015, through on or about April 10, 2015, in the Northern District of Ohio, Eastern Division, defendant JAMES D. THOMPSON did knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means, in and affecting interstate and foreign commerce, Victim #1, a minor whose identity is known to the Grand Jury, knowing and in reckless disregard of the fact that Victim #1 had not attained the age of 18 years and that Victim #1 would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.